503 A.2d 932

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Andrew REVTAI.**

Supreme Court of Pennsylvania.

Jan. 31, 1986.

Petition for Allowance of Appeal GRANTED, No. 5 W.D. Appeal Docket 1986.